**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are covered persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>CONSTELLA INTELLIGENCE, INC., RICHARD ROES 1–10, *fictitious names of unknown individuals* and ABC COMPANIES 1–10, *fictitious names of unknown entities*,<br><br>Defendants. | Case No. 2:24-cv-10571<br><br>**DECLARATION OF LAURI A. MAZZUCHETTI** |

I, Lauri A. Mazzuchetti, declare as follows:

1. I am a citizen of the United States, over 18 years of age. If called as a witness, I could and would competently testify as to the facts declared herein.

2. I am a partner of the law firm Kelley Drye & Warren LLP, counsel for Constella Intelligence, Inc. ("Constella"), defendant in the above-captioned action.

3. Attached hereto as **Exhibit A** is a true and correct copy of documents served and filed in *Atlas Data Privacy Corporation, et al. v. Constella Intelligence, Inc., et al.*, ESX-L-007212-24 (N.J. Super. Ct.).

4. Attached hereto as **Exhibit B** is a true and correct copy of a Delaware Entity Search.

5. Attached hereto as **Exhibit C** is a true and correct copy of the Annual Report of Governmental Affairs Agent, submitted by Genova Burns LLC on February 14, 2024.

6. Attached hereto as **Exhibit D** is a true and correct copy of the certificate of incorporation of the entity currently named Atlas Data Privacy Corporation ("Atlas"), and relevant subsequent corporate documents.

7. Attached hereto as **Exhibit E** is a true and correct copy of records from New Jersey Department of Treasury Division of Revenue and Enterprise Services, authorizing Atlas to conduct business in New Jersey, dated January 12, 2024.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 18, 2024

*/s/ Lauri A. Mazzuchetti*
Lauri A. Mazzuchetti