# EXHIBIT B

# State Of Delaware

Entity Details

11/14/2024 3:16:34PM

File Number: 6069098

Incorporation Date / Formation Date: 7/11/2016

Entity Name: CONSTELLA INTELLIGENCE, INC.

Entity Kind: Corporation

Entity Type: General

Residency: Domestic

State: DELAWARE

Status: Good Standing

Status Date: 8/21/2024

**Registered Agent Information**

Name: INCORPORATING SERVICES, LTD.

Address: 3500 S DUPONT HWY

City: DOVER

Country:

State: DE

Postal Code: 19901

Phone: 302-531-0855

**Tax Information**

Last AnnualReport Filed: 2023

Tax Due: $ 0

Annual Tax Assessment: $200000

Total Authorized Shares: 130472573

**Filing History (Last 5 Filings)**

| Seq | Description | No of Pages | Filing Date mm/dd/yyyy | Filing Time | Effective Date mm/dd/yyyy |
|---|---|---|---|---|---|
| 1 | Amendment Stock | 3 | 20240312 | 195500 | 20240312 |
| 2 | Restated Agent and Stock<BR>9830135 | 20 | 20231116 | 184100 | 20231116 |
| 3 | Renewal for Forfeiture/No Agent<BR>1 | 1 | 20230731 | 172100 | 20230731 |
| 4 | Agent Resignation w/o Apt<BR>9008413 - INCORPORA | 1 | 20220127 | 170600 | 20220127 |
| 5 | Amendment Name<BR>4IQ, INC. | 2 | 20201216 | 132800 | 20201216 |