# EXHIBIT D

# STATE *of* DELAWARE
# CERTIFICATE *of* INCORPORATI
# *A* STOCK CORPORATION

State of Delaware
Secretary of State
Division of Corporations
Delivered 11:41 AM 04/27/2021
FILED 11:41 AM 04/27/2021
SR 20211466942 - File Number 5874663

## FIRST - Name

The name of the Corporation is:
RoundRobin Corporation

## SECOND – Registered Agent

Its registered office in the State of Delaware is to be located at 8 The Green Ste. B, in the City of Dover County of Kent Zip Code 19901. The registered agent in charge thereof is Northwest Registered Agent Service, Inc.

## THIRD - Purpose

The purpose of the corporation is to engage in any lawful act or activity for which corporations may be organized under the General Corporation Law of Delaware.

## FOURTH - Stock

The amount of the total stock this corporation is authorized to issue is 10,000,000 shares (number of authorized shares) with a par value of $0.00001 per share.

## FIFTH - Incorporator

The name and mailing address of the incorporator are as follows:

Northwest Registered Agent Service, Inc.
8 The Green Ste B, Dover, DE 19901

**I, The Undersigned,** for the purpose of forming a corporation under the laws of the State of Delaware, do make, file and record this Certificate, and do certify that the facts herein stated are true, and I have accordingly hereunto set my hand this 27th day of April, A.D. 2021.

BY: Morgan Noble

Northwest Registered Agent Service, Inc., Incorporator
Morgan Noble, Assistant Secretary

State of Delaware
Secretary of State
Division of Corporations
Delivered 07:05 PM 01/10/2024
FILED 07:05 PM 01/10/2024
SR 20240090973 - File Number 5874663

# THIRD CERTIFICATE OF AMENDMENT TO THE AMENDED AND RESTATED CERTIFICATE OF INCORPORATION OF ROUNDROBIN CORPORATION

The undersigned does hereby certify on behalf of RoundRobin Corporation (the "***Corporation***"), a corporation organized and existing under the Delaware General Corporation Law, as follows:

**FIRST**: That he is the duly elected and acting Chief Executive Officer of the Corporation.

**SECOND**: That the Certificate of Incorporation of the Corporation was originally filed with the Secretary of State of the State of Delaware on April 27, 2021.

**THIRD**: That the Amended and Restated Certificate of Incorporation of the Corporation was filed with the Secretary of State of the State of Delaware on July 2, 2021.

**FOURTH**: That the Certificate of Amendment to the Amended and Restated Certificate of Incorporation of the Corporation was filed with the Secretary of State of the State of Delaware on June 24, 2022.

**FIFTH**: That the Second Certificate of Amendment to the Amended and Restated Certificate of Incorporation of the Corporation was filed with the Secretary of State of the State of Delaware on November 14, 2022.

**SIXTH:** That Article I of the Amended and Restated Certificate of Incorporation of the Corporation is hereby amended to read in its entirety as follows:

**"ARTICLE I**

The name of the corporation is Atlas Data Privacy Corporation (the "***Corporation***")."

**SEVENTH**: That the foregoing amendment to the Corporation's Amended and Restated Certificate of Incorporation of the Corporation have been duly adopted and approved by the Board of Directors of the Corporation in accordance with the applicable provisions of Section 242 of the General Corporation Law of the State of Delaware.

**IN WITNESS WHEREOF**, the undersigned hereby further declares and certifies under penalty of perjury that the facts set forth in the foregoing certificate are true and correct to his own knowledge, and that this certificate is his own act and deed.

Executed on January 10, 2024.

**ROUNDROBIN CORPORATION**

DocuSigned by:

By: Matt Adkisson

217D6CC2E673400...

Matt Adkisson, Chief Executive Officer