# EXHIBIT E

***STATE OF NEW JERSEY***

***DEPARTMENT OF THE TREASURY***

***DIVISION OF REVENUE AND ENTERPRISE SERVICES***

***SHORT FORM STANDING***

***ATLAS DATA PRIVACY CORPORATION***

*0451071286*

*I, the Treasurer of the State of New Jersey, do hereby certify that the above-named Delaware Foreign For-Profit Corporation was registered by this office on January 12, 2024.*

*As of the date of this certificate, said business continues as an active business in good standing in the State of New Jersey, and its Annual Reports are current.*

*I further certify that the registered agent and office are:*

*REGISTERED AGENTS INC.*
*FIVE GREENTREE CENTRE, 525 ROUTE 73*
*STE 104*
*MARLTON, NJ 08053*




*IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal at Trenton, this 22nd day of March, 2024*

*Elizabeth Maher Muoio*
*State Treasurer*

*Certificate Number : 6151987208*

*Verify this certificate online at*

*https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp*