UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are covered persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, and WILLIAM SULLIVAN,<br><br>        Plaintiffs,<br><br>   v.<br><br>CONSTELLA INTELLIGENCE, INC., RICHARD ROES 1–10, *fictitious names of unknown individuals* and ABC COMPANIES 1–10, *fictitious names of unknown entities*,<br><br>        Defendants. | Case No. 2:24-cv-10571 |

**APPLICATION FOR CLERK'S ORDER
EXTENDING TIME UNDER LOCAL RULE 6.1(b)**

Constella Intelligence, Inc. ("Constella") hereby applies for a Clerk's Order under Local Rule 6.1(b) extending by 14 days the time within which Constella may answer, move, or otherwise respond to the Complaint filed by Plaintiffs herein. (*See* ECF No. 1.) Constella represents that:

    1.    Constella has not sought, or obtained, a previous extension of time to answer, move, or otherwise respond to the Complaint.

1

2. Constella removed this above-captioned action to this Court on November 18, 2024.

3. Under Federal Rule of Civil Procedure 81(c)(2) and Federal Rule of Civil Procedure 6(a)(1)(C), the time to answer, move, or otherwise respond to the Complaint expires on November 25, 2024.

4. Constella respectfully requests a 14-day extension of time within which to answer, plead, or otherwise respond to the Complaint—*i.e.*, until December 9, 2024.

Dated: November 22, 2024    Respectfully Submitted,

*/s/ Lauri A. Mazzuchetti*
Lauri A. Mazzuchetti
Whitney M. Smith
Aaron J. Gold
KELLEY DRYE & WARREN LLP
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Tel: (973) 503-5900
Fax: (973) 503-5950
lmazzuchetti@kelleydrye.com
wsmith@kelleydrye.com
agold@kelleydrye.com

*Counsel for Defendant*
*Constella Intelligence, Inc.*

## **ORDER**

The application is ORDERED GRANTED; the time within which defendant Constella must answer, move or otherwise respond to the Complaint is extended to December 9, 2024.

Dated: _____, 2024            By: _____
                                            Deputy Clerk