## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are covered persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, and WILLIAM SULLIVAN, <br><br> Plaintiffs, <br><br> v. <br><br> CONSTELLA INTELLIGENCE, INC., RICHARD ROES 1–10, *fictitious names of unknown individuals* and ABC COMPANIES 1–10, *fictitious names of unknown entities*, <br><br> Defendants. | Case No. 2:24-cv-10571 <br><br> **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Under Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendant Constella Intelligence, Inc. ("Constella"), a private non-governmental party, certifies the following:

Constella has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: December 2, 2024                 Respectfully Submitted

                                        */s/ Lauri A. Mazzuchetti*
                                        Lauri A. Mazzuchetti
                                        Whitney M. Smith
                                        Aaron J. Gold
                                        KELLEY DRYE & WARREN LLP
                                        One Jefferson Road, 2nd Floor
                                        Parsippany, NJ 07054
                                        Tel: (973) 503-5900
                                        Fax: (973) 503-5950
                                        lmazzuchetti@kelleydrye.com
                                        wsmith@kelleydrye.com
                                        agold@kelleydrye.com

                                        *Counsel for Defendant*
                                        *Constella Intelligence, Inc.*