# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are covered persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, and WILLIAM SULLIVAN,<br><br>        Plaintiffs,<br><br>   v.<br><br>CONSTELLA INTELLIGENCE, INC., RICHARD ROES 1–10, *fictitious names of unknown individuals* and ABC COMPANIES 1–10, *fictitious names of unknown entities*,<br><br>        Defendants. | Case No. 1:24-cv-10571<br><br>**SUBSTITUTION OF ATTORNEY** |

The undersigned hereby consent to the substitution of Kaufman Dolowich LLP as attorneys for Defendant, Constella Intelligence, Inc., in this action.

**Kelley Drye & Warren, LLP**

By: */s/Lauri Mazzuchetti*
    Lauri Mazzuchetti, Esq.
    Withdrawing Attorneys

Dated: December 5, 2024

**Kaufman Dolowich LLP**

By: */s/Christopher Nucifora*
    Christopher Nucifora, Esq.
    Superseding Attorneys

Dated: December 5, 2024