UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are covered persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, and WILLIAM SULLIVAN,<br><br>     Plaintiffs,<br><br>  v.<br>CONSTELLA INTELLIGENCE, INC., RICHARD ROES 1–10, *fictitious names of unknown individuals* and ABC COMPANIES 1–10, *fictitious names of unknown entities*,<br>     Defendants. | Case No. 1:24-cv-10571<br><br>NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that the undersigned attorney, TIMOTHY M. ORTOLANI, ESQ., of the law firm Kaufman Dolowich LLP, hereby enters an appearance on behalf of Defendant, Constella Intelligence, Inc., in the above-referenced matter. Counsel respectfully requests copies of all further notices, pleadings, papers, and other material relevant to this action.

               **KAUFMAN DOLOWICH LLP**
               *Attorneys for Defendant, Constella Intelligence, Inc.*

      By:  _____
              TIMOTHY M. ORTOLANI, ESQ.
              (Attorney No. 202882017)
              Court Plaza North
              25 Main Street, Suite 500
              Hackensack, New Jersey 07601
              (201) 708-8244
              tortolani@kaufmandolowich.com

Dated: December 9, 2024