UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: December 10, 2024

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:** SHARON RICCI

**TITLE OF CASE:**   **DOCKET NO.:** 24-10571 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
CONSTELLA INTELLIGENCE, INC., et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**: STATUS CONFERENCE

Status conference held on the record.

s/Lawrence Macstravic
Deputy Clerk

Time Commenced:  10:57a.m.   Time Adjourned: 10:58a.m.   Total Time in Court: 0:01