```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY           :      CIVIL ACTION
CORPORATION, et al.          :
                             :
     v.                      :
                             :
CONSTELLA INTELLIGENCE, INC.,:      NO. 24-10571
et al.                       :
```

ORDER

AND NOW, this 10th day of December 2024, after a status conference with counsel, it is hereby ORDERED that the above action is remanded to the Superior Court of New Jersey, Essex County for the reasons stated in the court's November 20, 2024 Memorandum and Order in <u>Atlas Data Privacy Corp. v. CarCo Grp. Inc.</u> Civil Action No. 24-4077 (D.N.J. filed Nov. 20, 2024) (ECF 76, 77).

BY THE COURT:

/s/ Harvey Bartle III
                    J.