# UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
### Camden, NJ

ATLAS DATA PRIVACY CORPORATION, et al.

                Plaintiff,

v.

CONSTELLA INTELLIGENCE, INC.,, et al.

                Defendant.

Case No.: 1:24−cv−10571−HB

Judge Harvey Bartle (EDPA), III

Clerk, Superior Court of New Jersey
Essex County Veterans Courthouse
50 West Market Street
Newark, NJ 07102

State No: ESX L 007212 24

**Dear Clerk of Court:**

    Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                Very truly yours,

                CLERK OF COURT
                By Deputy Clerk, lm

encl.
cc: All Counsel